IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40464
Conference Calendar
_____


JAMES BERNARD STAFFORD,

                                        Plaintiff-Appellant,

versus

CLIFTON E. WARNER,
TENIE F. WOODARD,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-980
- - - - - - - - - -
February 29, 1996

Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     This is an appeal from the magistrate judge's dismissal of
appellant's civil rights action as frivolous.  Appellant argues
that there was no evidence to support the disciplinary action
taken against him by the disciplinary board.  We have reviewed
the record and the magistrate judge's opinion and find no
reversible error.  Accordingly, we affirm on the reasoning of the
magistrate judge.  Stafford v. Warner, No. 6:94-CV-980 (E.D. Tex.
May 4, 1995).

     AFFIRMED.

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.